# Court of Appeals
# of the State of Georgia

ATLANTA,  March 01, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0326.  RASHAAD CARSON v. THE STATE.**

Rashaad Carson pleaded guilty to armed robbery, cruelty to children in the first degree, possession of a firearm in the commission of a felony, and three counts of aggravated assault with a deadly weapon. This Court affirmed his convictions and sentence on direct appeal.[1] See *Carson v. State*, 314 Ga. App. 225 (723 SE2d 516) (2012), overruled, in part, by *Nazario v. State*, 293 Ga. 480, 483 (2) (a) n. 1, 489 (2) (d) (746 SE2d 109) (2013). After Carson filed a motion to correct a void sentence, the trial court granted the motion in part, merging one of the aggravated assault convictions into the armed robbery conviction. Carson thereafter filed a second motion to correct a void sentence, which was denied on December 7, 2017. Carson then filed this application on February 7, 2017. The State has filed a motion to dismiss.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because this application was filed 62 days after entry of the order Carson seeks to appeal, it is untimely, and we lack jurisdiction to consider it.

---

[1] Carson later filed a discretionary application from the trial court's denial of his motion to set aside his criminal conviction. His application was denied. See Case No. A14D0481 (September 9, 2014).

For these reasons, the State's motion is hereby GRANTED and this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/01/2018*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*  *, Clerk.*